**Exhibit A to the Complaint**

**Location:** Avenel, NJ  
**Total Works Infringed:** 35

**IP Address:** 73.29.94.70  
**ISP:** Comcast Cable

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 1 | A697DE308520A74A35929A48D834E6A10747F054 | Blacked | 10/08/2018 22:52:51 | 10/07/2018 | 10/16/2018 | PA0002127790 |
| 2 | 0430F254E5EEA53B1AB07F2DA6E891E6B73C1D60 | Blacked | 08/29/2018 14:43:11 | 08/28/2018 | 10/16/2018 | PA0002127773 |
| 3 | 07EC80C56B473DD0771AB7D4A3E905994A87A408 | Blacked | 07/20/2018 17:19:01 | 07/19/2018 | 09/05/2018 | PA0002135006 |
| 4 | 0CAE44A3DBD8F5673DC978E864B5E7CAE0909F40 | Blacked Raw | 09/20/2018 16:38:06 | 09/19/2018 | 11/01/2018 | 17093752155 |
| 5 | 158258B1A19235075D5BC7E77F3979BEFC8EABAC | Vixen | 09/27/2018 19:09:52 | 09/26/2018 | 10/16/2018 | PA0002127776 |
| 6 | 196A9A6057B13E7E07AE8AB49A30098A00420545 | Blacked | 07/11/2018 14:33:52 | 07/09/2018 | 08/07/2018 | PA0002131818 |
| 7 | 1ED7894C730F91D284F9451A87ECDC8F5187BF50 | Blacked Raw | 05/14/2018 14:37:21 | 05/12/2018 | 05/24/2018 | PA0002101380 |
| 8 | 21F03C28A6ABFCC2546E0088D4BCED0FA8F4861A | Vixen | 09/12/2018 15:49:33 | 09/11/2018 | 10/16/2018 | PA0002127780 |
| 9 | 284E4E396F1F787478E836FEEF797DE00E33D5E4 | Blacked Raw | 10/15/2018 15:01:40 | 10/14/2018 | 11/01/2018 | 17093717793 |
| 10 | 37169DE42EF502B42C2088D3ECF0802222968CF8 | Blacked Raw | 08/02/2018 16:52:14 | 07/31/2018 | 09/05/2018 | PA0002134603 |
| 11 | 3D053805CCD7FD3E623BC505E427299B900CCC27 | Blacked Raw | 05/03/2018 17:43:08 | 05/02/2018 | 06/19/2018 | PA0002126647 |
| 12 | 3D465C8796D3CDDCA8655ABDE2706D2664B9B34D | Blacked | 07/05/2018 16:09:45 | 07/04/2018 | 08/07/2018 | PA0002131913 |
| 13 | 3FB58C26F2A88B2C84071FDFC4BED925A4041D7B | Tushy | 05/07/2018 14:06:28 | 05/06/2018 | 06/19/2018 | PA0002126449 |
| 14 | 400625A24D4B1350C5C9869DC1C9F7767C73C4D3 | Tushy | 07/01/2018 22:20:09 | 06/30/2018 | 07/26/2018 | PA0002112157 |
| 15 | 5602E15C76A2CB2369322872F6C53500FB225372 | Blacked Raw | 04/15/2018 19:28:23 | 03/23/2018 | 04/17/2018 | PA0002116746 |
| 16 | 5D16EC2FE6C9F9FA9F5476C90525208D413532F1 | Blacked | 07/01/2018 23:06:53 | 06/29/2018 | 07/26/2018 | PA0002112160 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 17 | 623D4B76B7DEFED0C91EDD5FE108D7E986691273 | Blacked Raw | 07/12/2018 16:03:31 | 07/06/2018 | 07/26/2018 | PA0002112158 |
| 18 | 6485D2C06BE7023990B69BE93812D5066B963ED4 | Blacked | 04/23/2018 14:55:57 | 04/20/2018 | 05/23/2018 | PA0002101307 |
| 19 | 671DDFBC666A9FFA0E88AB3B20AB945C9AB2FF25 | Tushy | 07/13/2018 16:49:27 | 07/05/2018 | 08/07/2018 | PA0002132399 |
| 20 | 69BA9C8EC6B3C2D9FB6CD545B85991237BC901C2 | Blacked Raw | 09/10/2018 14:35:40 | 09/09/2018 | 10/16/2018 | PA0002127792 |
| 21 | 763A6FC5F201546394575CD7601D8C2D7DBD3AE7 | Blacked Raw | 09/05/2018 17:30:12 | 09/04/2018 | 11/01/2018 | 17093718081 |
| 22 | 8031B4A7A5CFCECBC796D4772440BFC5016C11AA | Blacked | 06/25/2018 15:01:28 | 06/24/2018 | 07/26/2018 | PA0002112154 |
| 23 | 93549317257A2157F77D68D6A18E486F3C583672 | Tushy | 07/05/2018 16:05:55 | 06/25/2018 | 08/07/2018 | PA0002132395 |
| 24 | 9A00DC56773A2DAF8A9BFE17C2984A51122FB78E | Blacked | 09/18/2018 17:59:07 | 09/17/2018 | 10/16/2018 | PA0002127778 |
| 25 | 9FF80B2839A26436102D5F29181B6B608EAAC14F | Blacked | 07/17/2018 16:05:38 | 07/14/2018 | 08/07/2018 | PA0002131895 |
| 26 | A38912E4AA36FD2BD2982A463D22218269E278C7 | Blacked | 09/11/2018 15:34:36 | 09/07/2018 | 10/16/2018 | PA0002127772 |
| 27 | AAB15EB6E98FA67B859CE1568C22EE7BB5A0D9CD | Blacked Raw | 09/11/2018 15:40:05 | 08/30/2018 | 10/16/2018 | PA0002127777 |
| 28 | AF96EE573EB75078F49ABE87BB1FE91A3F15C177 | Blacked | 06/12/2018 13:58:37 | 06/09/2018 | 07/14/2018 | PA0002130453 |
| 29 | B038E50CE96EA99AC02E1BCF051643E7314A3667 | Blacked | 09/13/2018 16:30:18 | 09/12/2018 | 11/01/2018 | 17093717893 |
| 30 | C0AF0E461A6C6EDA52D70A44F8B3685FD1ABCFA3 | Vixen | 08/04/2018 19:01:27 | 08/02/2018 | 09/01/2018 | PA0002119574 |
| 31 | D292618BE500B68D5A2851DE6C3ABCDE8522F9EC | Blacked | 09/27/2018 19:10:20 | 09/27/2018 | 11/01/2018 | 17093717993 |
| 32 | DAFC93B6C471FBB4324C5ABE4B7B23E9F440B87A | Blacked Raw | 06/12/2018 14:08:53 | 06/11/2018 | 07/09/2018 | PA0002109330 |
| 33 | E59148DD40F13294F19E8D6B5288B752965FAFC7 | Blacked Raw | 10/10/2018 14:26:10 | 10/09/2018 | 11/01/2018 | 17093717943 |
| 34 | EE4D29BA667E69950AA31279F7FA846BF696BF9D | Blacked | 08/07/2018 14:30:28 | 08/03/2018 | 09/01/2018 | PA0002119596 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 35 | F32C31E4B99A1FD318098B5330FCF39BC3CAA4F3 | Blacked | 04/25/2018 16:18:07 | 03/26/2018 | 04/12/2018 | PA0002091525 |